**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DERRICK A. GORDON,

    Plaintiff,

v.                                                    Case No.: 5:18cv183-TKW-MJF

JULIE L. JONES, et al.

    Defendant.
_____/

# **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 14) and Plaintiff's objection to the Report and Recommendation (Doc. 15). The magistrate judge recommends that Plaintiff's complaint be dimissed without prejudice because, contrary to the directive in the complaint form, Plaintiff failed to list all of the prior civil actions he initiated. In his objection, Plaintiff argues the merits of the case but he does not dispute the magistrate judge's finding that he failed to list all of the prior civil actions he initiated in the complaint. Under these circumtances (and after my de novo review of the Report and Recommendaton and Plaintiff's objection), I agree with the magistrate judge that dismissal of the complaint is warranted. Accordingly, it is

    **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and §1915A(b)(1).

3. The Clerk shall **CLOSE** the file.

**DONE AND ORDERED** this 23rd day of July, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**